LUCY F. PRINCE, as Administratrix of the Estate of BENJAMIN F. PRINCE, Deceased, Appellant, *v.* BROOKLYN RAPID TRANSIT COMPANY, Defendant, and NEW YORK CONSOLIDATED RAILROAD COMPANY, Respondent.

*Prince* v. *Brooklyn Rapid Transit Co.*, 171 App. Div. 932, affirmed.

(Argued January 22, 1917; decided February 6, 1917.)

APPEAL from a judgment, entered December 14, 1915, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of the defendant, his employer. The intestate was found dead upon one of the defendant's tracks with a wound on the back of his head. There was no evidence that any one witnessed the accident. The Appellate Division held that " there is no evidence that the deceased came to his death by reason of any negligence on the part of the defendant. There is no credible evidence as to how the accident happened or of any fact which justified a finding that the defendant's motorman or employee had any knowledge that the deceased was in a position of danger."

*Sydney A. Syme* for appellant.

*John L. Wells, Thomas L. Hughes* and *George D. Yeomans* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, COLLIN, CUDDEBACK, HOGAN and CRANE, JJ. Dissenting: HISCOCK, Ch. J., and CARDOZO, J.